Oliver Donovan ULMET, Plaintiff–Appellant,

v.

UNITED STATES of America; John O. Marsh, Jr., in his capacity as Secretary of the Army, Defendants–Appellees.

No. 88–2593.

United States Court of Appeals, Fourth Circuit.

Oct. 31, 1989.

ORDER

Upon consideration of the petition for rehearing filed by Oliver Donovan Ulmet on September 22, 1989,

IT IS ADJUDGED AND ORDERED:

1. The petition for rehearing is granted;

2. The opinion of September 11, 1989, vacating the order of the district court and dismissing the case as moot is withdrawn;

3. An opinion affirming the district court in which Circuit Judge BUTZNER and District Judge TILLEY concur and a dissenting opinion of Circuit Judge MUR-

---

NAGHAN are filed simultaneously with this order.

Entered with the concurrence of Circuit Judge MURNAGHAN and District Judge TILLEY.